UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                         Case No. 24-CR-099

ALLISON A. MUNDT,

        Defendant.

## UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States of America, through its attorneys, Gregory J. Haanstad, United States Attorney, and Timothy W. Funnell, Assistant United States Attorney, moves to continue sentencing due to the undersigned traveling out of state. The government is authorized to state that defense attorney Lee Schuchart does not object to a continuance. The parties have communicated with the Clerk's Office regarding potential dates and expect the matter to be rescheduled to November 22, 2024, at 1:30pm.

Respectfully submitted at Green Bay, Wisconsin, this 10th day of October, 2024.

                GREGORY J. HAANSTAD
                United States Attorney

By:   *s/ Timothy W. Funnell*
       TIMOTHY W. FUNNELL
       WI Bar No. 1022716
       Assistant United States Attorney
       United States Attorney's Office
       Eastern District of Wisconsin
       Tim.Funnell@usdoj.gov